UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANEQUA S. ORTIZ, *on behalf of J.B.O.*,

                Plaintiff,

          – *against* –

DANA J. WILSON-HAYNES, CARL J. HAYNES, PATRICIA L. MARTIN-GIBBONS, ESQ., MS. RITTER, MR. MONTGOMERY, THE DEPARTMENT OF HEALTH, MARTHA SCHNEIDERMAN, CYNTHIA LEE, DAWN POST, KAREN SIMMONS, BROOKLYN'S CHILDREN'S LAW CENTER, JUDGE ROBERT MULROY, THE CITY OF NEW YORK, THE STATE OF NEW YORK, *and* NEW YORK CITY DEPARTMENT OF CORRECTION,

                Defendants.

**ORDER**

19 Civ. 7887 (ER)

Ramos, D.J.:

       Plaintiff filed the instant suit on August 22, 2019.  Doc. 1.  On November 19, 2019, Plaintiff filed her First Amended Complaint.  Doc. 63.  On August 25, 2020, the Court issued an order dismissing Plaintiff's First Amended Complaint, noting that she could file an amended complaint regarding only her claims against the City of New York and other defendants for events related to her detention at Rikers Island.  Doc. 107.  Plaintiff's Second Amended Complaint was docketed on October 20, 2020.  Doc. 112.  The Court dismissed that complaint because it failed to comply with the requirements set forth in its August 25, 2020 Order, and afforded Plaintiff one more opportunity to file an amended complaint.  *See* Doc. 113.  On November 20, 2020, Plaintiff filed her Third Amended Complaint.  Doc. 114.  On December 11, 2020, Defendants moved to dismiss the Third Amended Complaint.  Doc. 116.  Plaintiff has not filed a response.

Plaintiff is directed to file an opposition to Defendants' motion to dismiss by May 10, 2021, or the Court shall deem the motion unopposed.

It is SO ORDERED.

Dated:   April 5, 2021
         New York, New York

                                                    _____
                                                    EDGARDO RAMOS, U.S.D.J.