**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHANEQUA ORTIZ,

                Plaintiff,

-against-                             19 **CIVIL** 7887 (ER)

                                            **JUDGMENT**

CITY OF NEW YORK and NEW YORK
DEPARTMENT OF CORRETION,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 13, 2021, Defendants' motion to dismiss is granted; Ortiz's TAC is hereby dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         July 13, 2021

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court
                                  **BY:**
                                                    Deputy Clerk